```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10
11  MICHAEL TERRY,                  ) NO. ED CV 14-1881-VBF(E)
                                    )
12                Plaintiff,        )
                                    )
13       v.                         )        JUDGMENT
                                    )
14  UNITED STATES, et al.,          )
                                    )
15                Defendants.       )
    _____)
16
17
18       IT IS ADJUDGED that the action is dismissed without prejudice.
19
20  DATED: October 10, 2014
21
22                                    /s/ Valerie Baker Fairbank
23                                  _____
                                         VALERIE BAKER FAIRBANK
                                       UNITED STATES DISTRICT JUDGE
24
25
26
27
28
```